```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                         Case No. 13-04495-JJT
Samie W. Wilcox                                                Chapter 13
Christine L. Wilcox
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: DDunbar           Page 1 of 1           Date Rcvd: May 16, 2018
                              Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db/jdb         +Samie W. Wilcox,   Christine L. Wilcox,   225 Old State Road,   Covington, PA 16917-9582

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Stephen J. Banik    on behalf of Debtor 1 Samie W. Wilcox sjbe@frontiernet.net
              Stephen J. Banik    on behalf of Debtor 2 Christine L. Wilcox sjbe@frontiernet.net
              Thomas I Puleo    on behalf of Creditor   USDA, Farm Service Agency tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

**fnldec** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Samie W. Wilcox<br>aka Sam W. Wilcox<br>225 Old State Road<br>Covington, PA 16917 | Chapter 13<br>Case No. 4:13−bk−04495−JJT |

Christine L. Wilcox
aka Chris L. Wilcox
225 Old State Road
Covington, PA 16917

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−0882
xxx−xx−4608

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 16, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk